LOUISE PHILLIPS v. HARRIE PARTON

No. 652A82

(Filed 8 March 1983)

APPEAL by defendant pursuant to N.C.G.S. 7A-30(2) from the decision of the Court of Appeals (*Judges Hill* and *Hedrick* concurring, *Judge* (now Chief Judge) *Vaughn* dissenting), reported in 59 N.C. App. 179, 296 S.E. 2d 317 (1982), which affirmed the judgment entered by *Sitton, Judge,* at the 15 June 1981 Session of JACKSON Superior Court.

*Holt, Haire & Bridgers, by Ben Oshel Bridgers, for plaintiff appellee.*

*Herbert L. Hyde and G. Edison Hill for defendant appellant.*

McCollum v. Grove Mfg. Co.

PER CURIAM.

Affirmed.